# United States Court of Appeals

## For the Eighth Circuit

_____

No. 12-1346

_____

Jose P. Mendez

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: September 13, 2012
Filed: September 19, 2012
[Unpublished]

_____

Before BYE, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

Jose Mendez, a citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals, which affirmed an immigration judge's decision and denied him asylum, withholding of removal, and relief under the Convention Against

Torture (CAT).[1]  After careful review, we find no basis for reversal, as the denials of relief were all supported by substantial evidence on the administrative record as a whole.  See Khrystotodorov v. Mukasey, 551 F.3d 775, 781-84 (8th Cir. 2008) (substantial-evidence standard for asylum claim; denial of asylum dictates same outcome on withholding-of-removal claim and CAT claim based on same underlying factual allegations).  Accordingly, we deny the petition for review.  See 8th Cir. R. 47B.

———————————————

_____

[1]We lack jurisdiction to consider Mendez's request for humanitarian asylum because it was not first raised before the BIA.  See Doe v. Holder, 651 F.3d 824, 830 (8th Cir. 2011).